HATFIELD & ASSOCIATES, LTD.
703 S.8th Street * Las Vegas, Nevada 89101
Telephone (702) 388-4469

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JULIA KIDD, an individual,

    Plaintiff,

    vs.

UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA, a Political
Subdivision of Clark County;
ADMINISTRATOR OF UNIVERSITY OF
MEDICAL CENTER OF SOUTHERN
NEVADA,

    Defendants.

CASE NO: 2:22-cv-01990-ART-NJK

**ORDER APPROVING**

**STIPULATION TO EXTEND TIME FOR
PLAINTIFF TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR
SUMMARY JUDGMENT**
**(First Request)**

18
19
20
21
22
23
24
25
26
27
28

COMES NOW, Plaintiff Julia Kidd ("Plaintiff"), by and through her counsel, the law

firm of Hatfield & Associates., Ltd., and Defendant University Medical Center of Southern

Nevada, (hereinafter "Defendants") by and through their counsel, the law firm of SALTZMAN

MUGAN DUSHOFF, and hereby stipulate and agree to extend the time for Plaintiff to Respond

to Defendants' Motions to Dismiss or, in the Alternative, for Summary Judgment, due on

February 2, 2023, to March 3, 2023. This request is submitted pursuant to LR IA 6-1, 6-2 and 7-

1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's

Motion to Dismiss, or in the Alternative, for Summary Judgment [ECF #7].

///

///

Good cause exists for this extension. The motion is voluminous and will require additional time to prepare a response to, and Plaintiff provided a reciprocal extension of time to Defendant to prepare a response to the complaint.

Defendant has courteously agreed to this extension of time for Plaintiff to file her Response. Accordingly, Plaintiff shall have up to and including March 3, 2023, to respond to Defendants' Motions for Summary Judgment [ECF #7].

DATED this 1st day of February, 2023          DATED this 2nd day of February, 2023

**HATFIELD & ASSOCIATES**                    **SALTZMAN MUGAN DUSHOFF**

   */s/ Trevor J. Hatfield*                        /s/  Matthew T. Dushoff
By:_____        By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)          MATTHEW T. DUSHOFF (SBN 4975)
   703 S. Eighth Street                          WILL GONZALES (SBN 15230)
   Las Vegas, Nevada 89101                       1835 Village Center Circle
   Tel:  (702) 388-4469                          Las Vegas, Nevada 89134
   Email:   thatfield@hatfieldlawassociates.com  Tel:  (702) 405-8500
   *Attorney for Plaintiff*                       Email: mdushoff@nvbusinesslaw.com
                                                  Email:  wgonzales@nvbusinesslaw.com
                                                  *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: February 3, 2023

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469