MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM A. GONZALES, ESQ.
Nevada Bar No. 015230
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:   mdushoff@nvbusinesslaw.com
          wgonzales@nvbusinesslaw.com

Attorneys for Defendants
**UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JULIA KIDD, an individual, | CASE NO. 2:22-cv-01990-ART-NJK |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING EARLY NEUTRAL EVALUATION** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | |
| Defendants. | Date: March 23, 2023<br>Time: 10:00 a.m. |

Plaintiff JULIA KIDD ("Kidd"), by and through her attorneys, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA ("UMC Defendants"), by and through their attorneys Matthew T. Dushoff, Esq., and William A. Gonzales, Esq., of the law firm of Saltzman Mugan Dushoff (collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The Early Neutral Evaluation is currently scheduled for March 23, 2023, at 10:00 a.m.

2. Pursuant to this Court's Order Scheduling the Early Neutral Evaluation, if any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim must also be present for the duration of the ENE session. *See* ECF #9.

3. Furthermore, a request for exemption to said attendance requirement must be filed and served on all parties at least 14 days before the ENE session. *Id.*

4. The parties have agreed, and hereby waive the requirement of the presence of Defendants' insurance carrier as UMC is self-insured and will attend in good faith with certain authority subject to approval from UMC's Governing Board and Clark County Commission.

| | |
|---|---|
| **SALTZMAN MUGAN DUSHOFF** | **HATFIELD & ASSOCIATES, LTD.** |
| By  */s/ William A. Gonzales*  <br> MATTHEW T. DUSHOFF, ESQ. <br> Nevada Bar No. 004975 <br> WILLIAM A. GONZALES, ESQ. <br> Nevada Bar No. 015230 <br> 1835 Village Center Circle <br> Las Vegas, Nevada 89134 <br><br> Attorneys for Defendants <br> **UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA** | By  */s/ Trevor J. Hatfield*  <br> TREVOR J. HATFIELD, ESQ. <br> Nevada Bar No. 7373 <br> 703 South Eighth Street <br> Las Vegas, Nevada 89101 <br><br> Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2023

---

*Julia Kidd v. University Medical Center of Southern Nevada, et al.*/2:22-cv-01990-ART-NJK
Stipulation Regarding Early Neutral Evaluation

SAO re ENE (9481-21)                                 Page 2 of 2