UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIA KIDD., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>    Defendant. | CASE NO: 2:22-cv-01990-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #24)**<br>**(First Request)** |

COMES NOW, Plaintiff, JULIA KIDD, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "Defendant"), by and through its counsel, the law firm of SALTZMAN MUGAN DUSHOFF, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #24), due on December 6, 2023, to January 8, 2024. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

Good cause exists for this extension. Plaintiff has not been able to complete his review of the motion as a result of the holiday season and counsel needs to confer with his client regarding the undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response.

Defendant has courteously agreed to this extension of time for Plaintiff to file her Response. Accordingly, Plaintiff shall have up to and including January 8, 2024, to respond to Defendant's Motion for Summary Judgment (ECF #24). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: November 29, 2023

**HATFIELD & ASSOCIATES**

   /s/ Trevor J. Hatfield
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

Dated: November 29, 2023

**SALTZMAN MUGAN DUSHOFF**

   /s/ William Gonzales
By:_____
   MATTHEW T. DUSHOFF (SBN 4975)
   WILL GONZALES (SBN 15230)
   1835 Village Center Circle
   Las Vegas, Nevada 89134
   Tel: (702) 405-8500
   Email: mdushoff@nvbusinesslaw.com
   Email: wgonzales@nvbusinesslaw.com
   *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED this 5th day of December, 2023.

_____
ANNE R. TRAUM
DISTRICT COURT JUDGE