UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIA KIDD., an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>　　　　Defendant. | CASE NO: 2:22-cv-01990-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #24)**<br>**(Second Request)** |

　　　COMES NOW, Plaintiff, JULIA KIDD, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "Defendant"), by and through its counsel, the law firm of Saltzman Mugan Dushoff, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #24), due on January 8, 2024, to January 22, 2024.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

Good cause exists for this extension. Due to a combination of unforeseen staffing issues and the holidays, Plaintiff has not been able to complete his review of the motion and counsel needs to confer with his client regarding the undisputed facts as asserted by Defendant regarding Defendant's motion for summary judgment and to formulate Plaintiff's response.

Defendant has courteously agreed to this extension of time for Plaintiff to file her Response. Accordingly, Plaintiff shall have up to and including January 22, 2024, to respond to Defendant's Motion for Summary Judgment (ECF #24). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: January 3, 2024                                Dated: January 3, 2024

**HATFIELD & ASSOCIATES**                             **SALTZMAN MUGAN DUSHOFF**

   */s/ Trevor J. Hatfield*                                 */s/ William Gonzales*
By:_____          By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)              MATTHEW T. DUSHOFF (SBN 4975)
   703 S. Eighth Street                                             WILL GONZALES (SBN 15230)
   Las Vegas, Nevada 89101                                    1835 Village Center Circle
   Tel: (702) 388-4469                                            Las Vegas, Nevada 89134
   Email: thatfield@hatfieldlawassociates.com      Tel: (702) 405-8500
   *Attorney for Plaintiff*                                         Email: mdushoff@nvbusinesslaw.com
                                                                              Email: wgonzales@nvbusinesslaw.com
                                                                              *Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.**

DATED this 4th day of January, 2024.

_____
Anne R. Traum
United States District Judge