UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIA KIDD., an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>　　　　Defendant. | CASE NO: 2:22-cv-01990-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF #24)**<br>**(Third Request)** |

　　COMES NOW, Plaintiff, JULIA KIDD, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "Defendant"), by and through its counsel, the law firm of Saltzman Mugan Dushoff, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion For Summary Judgment (ECF #24), due on January 22, 2024, to January 29, 2024.  This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' third request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

///

Good cause exists for this extension for personal and professional reasons. Due to unforeseen illness of Plaintiff's counsel and his staff's family member, as well as the holiday season and absence of Plaintiff's counsel's staff, Plaintiff has not been able to finalize her response to Defendant's motion for summary judgment.

Defendant has courteously agreed to another last extension of time for Plaintiff to file her response. Accordingly, Plaintiff shall have up to and including January 29, 2024, to respond to Defendant's Motion for Summary Judgment (ECF #24). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response, unless additional time is needed by Defendant.

**IT IS SO STIPULATED.**

Dated: January 22, 2024

**HATFIELD & ASSOCIATES**

By: */s/ Trevor J. Hatfield*
  TREVOR J. HATFIELD, ESQ. (SBN 7373)
  703 S. Eighth Street
  Las Vegas, Nevada 89101
  Tel: (702) 388-4469
  Email: thatfield@hatfieldlawassociates.com
  *Attorney for Plaintiff*

Dated: January 22, 2024

**SALTZMAN MUGAN DUSHOFF**

By: /s/ *William Gonzales*
  MATTHEW T. DUSHOFF (SBN 4975)
  WILL GONZALES (SBN 15230)
  1835 Village Center Circle
  Las Vegas, Nevada 89134
  Tel: (702) 405-8500
  Email: mdushoff@nvbusinesslaw.com
  Email: wgonzales@nvbusinesslaw.com
  *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED: January 24, 2024.

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

2