MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
**SALTZMAN MUGAN DUSHOFF**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail: mdushoff@nvbusinesslaw.com

Attorney for Defendants
**UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIA KIDD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendants. | CASE NO. 2:22-cv-01990-ART-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |

Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (collectively referred to as "UMC"), by and through their counsel of record, hereby bring this Motion to Remove Counsel from CM/ECF Service List requesting that WILLIAM A. GONZALES be removed from the CM/ECF Service List. Mr. Gonzales is no longer with Saltzman Mugan Dushoff and is no longer associated with this matter. Therefore, it is no longer necessary that he receive CM/ECF notice.

Therefore, Saltzman Mugan Dushoff requests that William A. Gonzales only be removed from the CM/ECF service list.

Mot to Remove Counsel fr Svc List (9481-21)   Page 1 of 3

1  PLEASE TAKE NOTICE that Saltzman Mugan Dushoff requests that the Clerk of
2  the Court remove William A. Gonzales from all service lists in this proceeding.
3  DATED this 30 day of December 2024.

**SALTZMAN MUGAN DUSHOFF**

By /s/
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
1835 Village Center Circle
Las Vegas, Nevada 89134

Attorney for Defendants
**UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2024

*Julia Kidd v. University Medical Center of Southern Nevada, et al./*2:22-cv-01990-ART-NJK
Motion to Remove Counsel From CM/ECF Service List and Order