|   |   |
|---|---|
| 1 |   |
| 2 |   |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| JULIA KIDD., an individual, | CASE NO: 2:22-cv-01990-ART-NJK |
|---|---|
| Plaintiff, |   |
| vs. | **ORDER GRANTING** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTIONS IN LIMINE (ECF #55, 56, 57, 58)** <br> **(First Request)** |
| Defendant. |   |

COMES NOW, Plaintiff, JULIA KIDD, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "Defendant"), by and through its counsel, the law firm of Saltzman Mugan Dushoff, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motions in Limine (ECF #55, 56, 57, 58), due on April 25, 2025, to May 7, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motions in Limine.

///

1

Good cause exists for this extension for professional reasons. Plaintiff has been shorthanded due to staff absences and requests the professional courtesy of additional time to research and respond to these several motion and the moving party has agreed to the request.

As Defendant has courteously agreed to an extension of time for Plaintiff to file her response, Plaintiff shall have up to and including May 7, 2025, to respond to Defendant's Motions in Limine (ECF #55, 56, 57, 58) and consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response, unless additional time is needed by Defendant.

**IT IS SO STIPULATED.**

Dated: April 23, 2025                                                    Dated: April 23, 2025

**HATFIELD & ASSOCIATES**                                    **SALTZMAN MUGAN DUSHOFF**

 */s/ Trevor J. Hatfield*                                                       /s/
By:_____                  By:_____
  TREVOR J. HATFIELD, ESQ. (SBN 7373)          Joel Z. Schwarz, Esq. (SBN 9181)
  703 S. Eighth Street                                              Elizabeth Friedman, Esq. (SBN 14472)
  Las Vegas, Nevada 89101                                    1835 Village Center Circle
  Tel: (702) 388-4469                                               Las Vegas, Nevada 89134
  Email: thatfield@hatfieldlawassociates.com    Tel: (702) 405-8500
  *Attorney for Plaintiff*                                            Email: jschwarz@nvbusinesslaw.com
                                                                                  Email: efriedman@nvbusinesslaw.com
                                                                                  *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

DATED this 24th day of April, 2025

_____
ANNE R. TRAUM
U.S. DISTRICT COURT JUDGE

2