**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIA KIDD., an individual, | CASE NO: 2:22-cv-01990-ART-NJK |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, | **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTIONS IN LIMINE (ECF #55, 56, 57, 58)** <br> **(Second Request)** |
| Defendant. | |

COMES NOW, Plaintiff, JULIA KIDD, (hereinafter "Plaintiff"), by and through her counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (hereinafter "Defendant"), by and through its counsel, the law firm of Saltzman Mugan Dushoff, do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motions in Limine (ECF #55, 56, 57, 58), due on May 7, 2025, to May 12, 2025. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motions in Limine.

///

1

Good cause exists for this extension for professional reasons. Plaintiff and Defendant have been in settlement discussions during the past few weeks and Plaintiff has paused working on this case pending the outcome of discussions. Yesterday evening, Plaintiff has been informed that Defendant has declined Plaintiff's offer of settlement but would agree to an extension of time for Plaintiff to respond to Defendant's motions to Monday, May 12, 2025.

As Defendant has courteously agreed to an extension of time for Plaintiff to file her response, Plaintiff shall have up to and including May 12, 2025, to respond to Defendant's Motions in Limine (ECF #55, 56, 57, 58) and consistent with this extension, Defendant's reply to Plaintiff's response shall be due 14 days after filing and service of Plaintiff's response, unless additional time is needed by Defendant.

**IT IS SO STIPULATED.**

Dated: May 7, 2025

**HATFIELD & ASSOCIATES**

 */s/ Trevor J. Hatfield*
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email: thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

Dated: May 7, 2025

**SALTZMAN MUGAN DUSHOFF**

 */s/ Joel Z. Schwarz*
By:_____
   Joel Z. Schwarz, Esq. (SBN 9181)
   Elizabeth Friedman, Esq. (SBN 14472)
   1835 Village Center Circle
   Las Vegas, Nevada 89134
   Tel: (702) 405-8500
   Email: jschwarz@nvbusinesslaw.com
   Email: efriedman@nvbusinesslaw.com
   *Attorneys for Defendants*

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: May 8, 2025