# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIA KIDD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, a Political Subdivision of Clark County; ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA,<br><br>Defendants. | CASE NO. 2:22-cv-01990-ART-NJK<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JULIA KIDD and Defendants UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA and ADMINISTRATOR OF UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA (together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, that this matter having been amicably and finally resolved between the Parties, the entire action may be dismissed with prejudice, with all Parties to bear their own attorneys' fees and costs.

///

///

1  **IT IS SO STIPULATED.**

2  Dated this 10th day of June 2025.                Dated this 10th day of June 2025.

3  **HATFIELD & ASSOCIATES, LTD.**                  **SALTZMAN MUGAN DUSHOFF**

5  By_____                     By    */s/ Joel Z. Schwarz*
       TREVOR J. HATFIELD, ESQ.                          JOEL Z. SCHWARZ
6      Nevada Bar No. 007373                             Nevada Bar No. 009181
       thatfield@hatfieldlawassociates.com                ELIZABETH FRIEDMAN.
7      703 S. Eighth Street                              Nevada Bar No. 014472
       Las Vegas, NV 89101                               1835 Village Center Circle
8                                                        Las Vegas, Nevada 89134

9      *Attorneys for Plaintiff*
       *Julia Kidd*                                 *Attorneys for Defendants*
                                                    *University Medical Center of Southern Nevada*
10                                                  *and Administrator of University Medical*
                                                    *Center of Southern Nevada*
11

12                                    **ORDER**

13  **IT IS SO ORDERED.**

14                                    _____
                                       Anne R. Traum
15                                     United States District Judge

16                                     DATED: June 11, 2025

18  Respectfully Submitted:

19  **SALTZMAN MUGAN DUSHOFF**

21  By    */s/ Joel Z. Schwarz*
        JOEL Z. SCHWARZ
22      ELIZABETH FRIEDMAN
        1835 Village Center Circle
23      Las Vegas, Nevada 89134

24  *Attorneys for Defendants*
    *University Medical Center of Southern Nevada*
25  *and Administrator of University Medical Center*
    *of Southern Nevada*

---

*Julia Kidd v. University Medical Center of Southern Nevada, et al.*/Case No. 2:22-CV-01990-ART-NJK
Stipulation and [Proposed] Order to Dismiss All Claims With Prejudice

SAO to Dismiss.docx (9481-21)                     Page 2 of 2